FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CION ADONIS PERALTA,<br><br>    Petitioner,<br><br>    v.<br><br>D. HERMANS, et al.,<br><br>    Respondents. | No. CV 06-5270-JVS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 6.23.08

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE