FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CION ADONIS PERALTA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. HERMANS, et al.,<br><br>　　　　　Respondents. | No. CV 06-5270-JVS (PLA)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6.23.08

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE